# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:02CV100-MU

| | |
|---|---|
| ROBERT PILOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| LNT, INC. d/b/a LINENS 'N THINGS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion. As ordered by this Court during the status conference held on May 3, 2005, Plaintiff has sixty (60) days, to and including July 5, 2005, to find an attorney to represent him in this matter. If Plaintiff is unable to retain counsel within those sixty (60) days, Plaintiff is ordered to notify the Court in writing of his attempts to find an attorney and the reason for the failure of those attempts.

Moreover, in light of the fact that Plaintiff currently does not have an attorney, this matter is continued from the June 6, 2005 trial term in the Charlotte Division of the Western District of North Carolina.

**SO ORDERED.**

Graham C. Mullen
Chief United States District Judge