IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02CV100

| | |
|---|---|
| PILOT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LNT, INC. ) | |
| Defendant. ) | |

**THIS MATTER** is before the court upon its own motion. The above captioned case is hereby continued from the September 12, 2005 term of court to the December 5, 2005 term.

**IT IS SO ORDERED.**

**Signed: June 23, 2005**

Graham C. Mullen
Chief United States District Judge