IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02 CV 100

ROBERT PILOT,

       Plaintiff,

       v.                                    **ORDER**

LNT, INC. d/b/a LINENS 'N THINGS,

       Defendant.

       **THIS MATTER** is before the Court on its own motion. This case is currently scheduled for the December trial term. It has come to the Court's attention that Plaintiff has not complied with this Court's May 3, 2005 Order and did not notify the Court of his new counsel within sixty days of that Order. Thus, the Court will hold a second status conference to ascertain whether Plaintiff has acquired new counsel or whether he intends to proceed *pro se*.

       **IT IS THEREFORE ORDERED** that a status conference is hereby scheduled for **November 3, 2005** at **1:30 p.m.** in the Chambers of the Honorable Graham C. Mullen, Room 230, in the Charlotte Division of the Western District of North Carolina. Defendants shall be permitted to attend via telephone and should call 704-350-7450 at the appointed time.

**Signed: October 28, 2005**

Graham C. Mullen
Chief United States District Judge