IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02 CV 100

ROBERT PILOT,

    Plaintiff,

v.

LNT, INC. d/b/a LINENS 'N THINGS,

    Defendant.

**ORDER**

    **THIS MATTER** is before the Court on request of Plaintiff Robert Pilot to reschedule the status conference currently set for 1:30 p.m. on November 3, 2005. For good cause shown, the status conference is rescheduled for 11:00 a.m. on Monday, November 28, 2005. As stated in the Order setting the previous status conference, this case is currently scheduled for the December trial term. It has come to the Court's attention that Plaintiff has not complied with this Court's May 3, 2005 Order and did not notify the Court of his new counsel within sixty days of that Order. Thus, the Court will hold a second status conference to ascertain whether Plaintiff has acquired new counsel or whether he intends to proceed *pro se*. Further, due to the rescheduling of the status conference to the end of November, the Court will continue this case from the December trial term to a date to be set at the upcoming status conference.

    **IT IS THEREFORE ORDERED** that a status conference is hereby scheduled for **November 28, 2005** at **11:00 a.m.** in the Chambers of the Honorable Graham C. Mullen, Room 230, in the Charlotte Division of the Western District of North Carolina. Defendants shall be permitted to attend via telephone and should call 704-350-7450 at the appointed time.

**FURTHER,** this matter is hereby continued from the December trial term, and a new trial date

will be set at the upcoming status conference.

**Signed: November 3, 2005**

*[signature]*

Graham C. Mullen
Chief United States District Judge