IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02 CV 100

| | |
|---|---|
| ROBERT PILOT,<br><br>     Plaintiff,<br><br>     v.<br><br>LNT, INC. d/b/a LINENS 'N THINGS,<br><br>     Defendant. | **ORDER** |

     **THIS MATTER** is before the Court on its own motion. After rescheduling the status conference at Plaintiff Robert Pilot's request to November 28, 2005, at 11:00 a.m., Plaintiff did not appear on this date or telephone the Court regarding his absence. As this status conference was to determine the status of Plaintiff's counsel, the Court will now treat Plaintiff as proceeding *pro se* in this matter. Further, the Court will schedule the trial for this matter for the June 5, 2006 term of court, and shall not reschedule this matter absent extenuating circumstances.

     **IT IS THEREFORE ORDERED** that this matter be scheduled for trial for the **June 5, 2006** term of court.

**Signed: December 5, 2005**

*[signature: Graham C. Mullen]*

Graham C. Mullen
Chief United States District Judge