# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:02CV100-MU

| | |
|---|---|
| ROBERT PILOT, )<br>)<br>    Plaintiff/Counterclaim- )<br>    Defendant, )<br>)<br>v. )<br>)<br>LNT, INC. d/b/a LINENS 'N THINGS, )<br>    Defendant/Counterclaim- )<br>    Plaintiff. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on Defendant/Counterclaim-Plaintiff LNT, Inc., d/b/a Linens 'n Things ("LNT")'s Motion to Voluntarily Dismiss Counterclaims. Without objection, LNT's motion is **GRANTED**. All counterclaims are hereby dismissed with prejudice. It appears that no more claims remain in this matter.

    **IT IS SO ORDERED.**

    Signed: May 9, 2006

Graham C. Mullen
United States District Judge